UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YALONTYA L. SIMMONS,
                                    Plaintiff,

                    -v-

FRANK J. BISIGNANO,
                                    Defendant.

26-CV-4030 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

 By separate Order today, the Court is referring this case to the assigned Magistrate Judge

for a report and recommendation on any motion for judgment on the pleadings. In the event the

Magistrate Judge does not issue a case-specific scheduling order governing such motions, the

parties must comply with this District's Standing Order governing challenges to denials of social

security benefits (*see In re: Mots. J. Pleadings Social Sec. Cases*, 16-mc-171).

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster

disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are

willing to consent, under 28 U.S.C § 636(c), to conducting all further proceedings before the

Magistrate Judge.

If both parties consent to proceed before the Magistrate Judge, counsel for the defendant

must, within two weeks of the date on which Defendant enters an appearance, email to

OetkenNYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of

a Civil Action of a Civil Action to a Magistrate Judge form, available at

https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.  If the court approves that form,

all further proceedings will then be conducted before the Magistrate Judge rather than before me,

and any appeal will go directly to the United States Court of Appeals for the Second Circuit.

1

If either party does not consent to conducting all further proceedings before the Magistrate Judge, the parties must file a joint letter, within two weeks on which Defendant enters an appearance, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.

SO ORDERED.

Dated: May 18, 2026
New York, New York

_____
J. PAUL OETKEN
United States District Judge

2